HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CHRISTOPHER W. DYBWAD (Bar No. 235234)
(E-Mail: Christopher_Dybwad@fd.org)
Chief Deputy Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4795
Facsimile: (213) 894-0081

Attorneys for Defendant
KEVAN SADIGH

**ORIGINAL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVAN SADIGH, <br><br> Defendant. | Case No. CR 15-465-TJH <br><br> [~~PROPOSED~~] ORDER SEALING THE MOTION *IN LIMINE* TO EXCLUDE STATEMENTS OF SHAHRIYAR BOLANDIAN TO THE FBI AND EXHIBIT A |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *Ex Parte* Application to file the Motion *in Limine* to Exclude Statements of Shahriyar Bolandian to the FBI and Exhibit A under seal is GRANTED.

DATED: 8/18/17        By _____
                          HON. TERRY J. HATTER, JR.
                          United States District Judge

Presented by:

_____
Georgina E. Wakefield
Deputy Federal Public Defender

# PROOF OF SERVICE

I, Shelley Barajas, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached *[PROPOSED] ORDER SEALING THE MOTION IN LIMINE TO EXCLUDE STATEMENTS OF SHAHRIYAR BOLANDIAN TO THE FBI AND EXHIBIT A* on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[x] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

**Paul G Stern**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700

**Alexander F Porter**
AUSA - Office of US Attorney
Criminal Division - Major Frauds
312 North Spring Street 11th Floor
Los Angeles, CA 90012

**Thomas Bryan Weatherly Hall**
US Department of Justice
Fraud Section - Criminal Division
1400 New York Avenue NW
Washington, DC 20530

**Michael J Proctor**
**Isabel Bussarakum**
Boies Schiller Flexner LLP
725 South Figueroa Street 31st Floor
Los Angeles, CA 90017-5524

**David Robert Reed**
David R Reed Law Offices
3699 Wilshire Boulevard Suite 850
Los Angeles, CA 90010

This proof of service is executed at Los Angeles, California, on August 14, 2017.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Shelley Barajas